FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

# United States District Court
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 DEC -4 AM 9: 45

CLERK 
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Organizational Defendants) |

Hermes Import-Export, Inc.          CASE NUMBER:     CR408-00151-001

Harry D. Dixon, Jr.
Defendant Organization's Attorney

## THE DEFENDANT ORGANIZATION:

[X]   pleaded guilty to count  1 .
[ ]   pleaded nolo contendere to count(s) _ which was accepted
      by the court.
[ ]   was found guilty on count(s)_ after a plea of not guilty.

The organizational defendant has been convicted of the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 31 U.S.C. § 5324(a)(1) | Structuring transactions to evade reporting requirement | September 13, 2005 | 1 |

The defendant organization is sentenced as provided in pages 2 through 5 of this judgment.

[ ]   The defendant organization has been found not guilty on count(s)___.
[ ]   Count(s)_ (is)(are) dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: 58-1616675

Defendant Organization's Principal Business Address:
48 West Montgomery Crossroad, Suite 102
Savannah, Georgia 31406

Defendant Organization's Mailing Address:
48 West Montgomery Crossroad, Suite 102
Savannah, Georgia 31406

December 3, 2008
Date of Imposition of Judgment

Signature of Judge

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Name and Title of Judge

12-4-08
Date

DEFENDANT ORGANIZATION: Hermes Import-Export, Inc.
CASE NUMBER: CR408-00151-001

## PROBATION

The defendant organization is hereby sentenced to probation for a term of: 5 years.

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page ( if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: Hermes Import-Export, Inc.
CASE NUMBER: CR408-00151-001

## SPECIAL CONDITIONS OF SUPERVISION

1. The organization shall make periodic submissions to the Court or probation officer, at intervals specified by the Court, reporting on the organization's financial condition and results of business operations, and accounting for the disposition of all funds received.

2. The organization shall submit to a reasonable number of unannounced examinations of its books and records at appropriate business premises by the probation office or experts engaged by the Court; and to interrogation of knowledgeable individuals within the organization. Compensation to and costs of any experts engaged by the Court shall be paid by the organization.

3. The organization shall be required to notify the Court or probation officer immediately upon learning of any material adverse change in its business or financial condition or prospects, or the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by governmental authorities regarding the organization.

## ACKNOWLEDGMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
               Defendant                                          Date


            _____     _____
            U. S. Probation Officer/Designated Witness        Date

DEFENDANT ORGANIZATION: Hermes Import-Export, Inc.
CASE NUMBER: CR408-00151-001

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $400 | | |

[ ] The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **Totals:** | | | |

[ ]     Restitution amount ordered pursuant to plea agreement     $ ____

[ ]     The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]     The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

    [ ]     The interest requirement is waived for the [ ] fine  [ ] restitution.
    [ ]     The interest requirement for the [ ] fine  [ ] restitution is modified as follows:

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT ORGANIZATION: Hermes Import-Export, Inc.
CASE NUMBER: CR408-00151-001

## SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A [X]  Lump sum payment of $ __400__ due immediately, balance due

    [ ] not later than ___; or
    [ ] in accordance with [ ] C or [ ] D below; or

B [ ]  Payment to begin immediately (may be combined with [ ] C or [ ] D below); or

C [ ]  Payment in ___ (e.g., equal, weekly, monthly, quarterly) installments of $___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ]  Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ]  The defendant organization shall pay the cost of prosecution.

[ ]  The defendant organization shall pay the following court cost(s):

[X]  The defendant organization shall forfeit its interest in the following property to the United States: As noted in Paragraph 3 of the defendant's plea agreement with the Government, the defendant has consented to forfeit to the Government all interest in $350,000. The Court so orders that Hermes forfeit that sum to the Government.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.